UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEPH CAMMATTE**                                      **CIVIL ACTION**

**versus**                                                       **NO. 14-926**

**BURL CAIN, WARDEN, LSP**                       **SECTION: "H"(1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Joseph Cammatte is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's request for a stay of these proceedings is **DENIED**, as his claim does not meet the criteria for a stay outlined in *Rhines v. Wells*, 544 U.S. 269 (2005).

New Orleans, Louisiana, this 21st day of April, 2016.

_____
**UNITED STATES DISTRICT JUDGE**